**Order filed May 31, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00051-CV
_____

**JACK LEE BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JACK LEE BISHOP TRUST, AND JENNIE BISHOP CHERRY, INDIVIDUALLY AND AS TRUSTEE OF THE JENNIE BISHOP TRUST, Appellants**

**V.**

**JOEL BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JAY D. BISHOP TRUST AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF JAY D. BISHOP, DECEASED, ET AL., Appellees**

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV32823**

# O R D E R

Appellants have filed in this court an agreed motion to abate this appeal and enlarge the appellate deadlines. In the motion, Appellants state that Appellees and

Appellant Jennie Bishop Cherry have agreed to settle the controversy between them and that an abatement is sought to provide them with time to execute the necessary documents. Appellant Jack Lee Bishop joins in the request for an abatement and asks this court to extend the deadline for the filing of his brief. Appellees' attorney agreed to the motion.

The motion is granted, and the appeal is abated. The parties are instructed to notify this court immediately if they enter into a final settlement agreement and to file an appropriate motion in this court based upon any such agreement. If the parties have not notified this court on or before July 30, 2019, that a final settlement agreement has been reached, this proceeding will be reinstated and Appellants' brief will be due thirty days after reinstatement.

We grant the agreed motion and abate the appeal.

PER CURIAM

May 31, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.